| | |
|---|---|
| DEFENDANT: | DaVita Inc. |
| AGE/YOB: | N/A |
| COMPLAINT FILED? | _____ Yes     __X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes    __ No | |
| OFFENSE(S): | Count 1:  Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| | Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| LOCATION OF OFFENSE: | State and District of Colorado and elsewhere |
| PENALTY: | Count 1:  Fine equal to greatest of $100 million or twice the gross gain or twice the gross loss |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| | Count 2:  Fine equal to greatest of $100 million or twice the gross gain or twice the gross loss |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| AGENT: | Matthew Hamel<br>FBI |
| AUTHORIZED BY: | William J. Vigen<br>Trial Attorney<br>U.S. Department of Justice, Antitrust Division |

Case 1:21-cr-00229-RBJ   Document 1-1   Filed 07/14/21   USDC Colorado   Page 1 of 2

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X_  over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.