**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

     Plaintiff,

v.

1.  DAVITA INC.,

2.  KENT THIRY,

     Defendants.

---

## MOTION FOR PUBLIC ACCESS

---

The United States, through its undersigned counsel, respectfully moves for an order for public access in lieu of the Court's presumptive Level 3 restriction on the indictment in the above-captioned matter. On July 14, 2021, a grand jury empaneled in the District of Colorado returned an indictment against DaVita Inc. and Kent Thiry ("Defendants"). Pursuant to Local Rule of Criminal Procedure 47.1(f)(2)(C), unless otherwise ordered, indictments are filed with Level 3 restriction, which permits access only to the Court and the government as the filing party. In the normal course, that restriction would be lifted upon the arrest or initial appearance of the defendant.

Here, because of the characteristics of the case, the restriction does not serve its ordinary purpose and is outweighed by the interest in public access. The government does not believe that Defendant Thiry presents a significant risk of flight that may

1

otherwise justify access restrictions prior to the institution of any pretrial supervision. As to Defendant DaVita Inc., a corporate defendant generally does not pose a risk of flight, and the government does not believe Defendant DaVita Inc. here poses any such risk. This is reflected in the government's request that the Court issue a summons for each Defendant, rather than an arrest warrant. The government also does not believe Defendants present a risk of danger to society or any other risk that may otherwise justify access restrictions to the indictment prior to the initial appearance.

WHEREFORE, the United States respectfully requests entry of the attached proposed order for public access for the indictment in this matter effective as of the docketing by the Clerk's office.

Respectfully submitted this 14th day of July, 2021.

By: s/Megan S. Lewis
Megan S. Lewis
William J. Vigen
Anthony W. Mariano
Trial Attorneys
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-8145 / 202-353-2411 / 202-598-2737
FAX: 202-514-9082
E-mail: megan.lewis@usdoj.gov
E-mail: william.vigen@usdoj.gov
E-mail: anthony.mariano@usdoj.gov

Attorneys for the United States