IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. DAVITA INC.,
   2. KENT THIRY,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Kent Thiry

    DATED at Chicago, Illinois this 21st day of July, 2021.

    Jeffrey E. Stone
Name of Attorney

McDermott Will & Emery LLP
Firm Name

444 West Lake Street
Office Address

Chicago, Illinois 60601
City, State, ZIP Code

312-372-2000
Telephone Number

jstone@mwe.com
Primary CM/ECF E-mail Address

DM_US 181362605-1.T13261.0010