**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

**ORDER SETTING CASE SCHEDULE**

---

Having reviewed the parties' stipulation [ECF No. 33], the Court ORDERS that the following schedule shall govern the proceedings in this matter:

**CASE SCHEDULE**

| Event | Date |
|---|---|
| DaVita Corp. Disclosure Statement | 8/23/2021 |
| Motion to Dismiss filing deadline | 9/14/2021 |
| Government's Rule 16 production deadline | 9/20/2021 |
| Government's response to MTD | 10/19/2021 |
| Defendants' Rule 16 production deadline | 10/20/2021 |
| Defendants' reply re MTD | 11/2/2021 |
| Oral argument on MTD | 11/19/2021 at 9:00 a.m. |
| All other motions deadline | 12/3/2021 |
| Motions in Limine, including under FRE 702 | 12/17/2021 |
| Response to all other motions | 1/7/2022 |
| Responses to Motions in Limine | 1/14/2022 |
| Production of 18 U.S.C. 3500 material, Witness Lists, Exhibit Lists | 1/24/2022 |
| Supplemental Motions in Limine relating to 3500 material, Witness and Exhibit Lists | 2/7/2022 |
| Proposed Voir Dire, Jury Charge | 2/7/2022 |
| Responses to Supplemental Motions in Limine | 2/21/2022 |
| General Motions Hearing | 3/3/2022 at 9:00 a.m. |
| Jury Trial - Three Weeks | 3/28/2022 - 4/15/2022 |

DATED this 19th day of August, 2021.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

3