**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

                Plaintiff,

v.

    1.  DAVITA INC.,

    2.  KENT THIRY,

                Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT**

---

      Defendants respectfully move the Court for an enlargement of three pages for their motion to dismiss the Indictment. The United States does not oppose this motion.

      Pursuant to the Court's scheduling order, Defendants' motions to dismiss are due by September 14, 2021. ECF 39 at 2. Defendants have elected to submit a succinct joint motion to dismiss. In preparing their motion, Defendants have endeavored to comply with the Court's practice standard that motions "not exceed 15 pages," inclusive of the caption, the signature block, and the certificate of service. Practice Standards, http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RBJ/RBJ_Practice_Standards.pdf?ver=2020-12-08-151330-180. Defendants, however, believe that an additional three pages are needed to ensure that they can adequately—yet concisely—present their arguments to the Court.

**CONCLUSION**

The Court should grant Defendants a three-page enlargement for their joint motion to

dismiss.

September 9, 2021

CLIFF STRICKLIN
KING & SPALDING
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2327
cstricklin@kslaw.com

JEFFREY STONE
DANIEL CAMPBELL
McDermott Will & Emery LLP
444 W Lake St.
Chicago, IL 60606
(312) 984-2064
jstone@mwe.com

JUSTIN MURPHY
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

Respectfully submitted,

John F. Walsh III
JOHN F. WALSH III
WILMER CUTLER PICKERING HALE & DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

SETH P. WAXMAN
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com

HEATHER STEINER NYONG'O
WILMER CUTLER PICKERING HALE & DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
(628) 235-1007
heather.nyong'o@wilmerhale.com

JOHN C. DODDS
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
john.dodds@morganlewis.com

*Counsel for Defendant DaVita Inc.*

CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I filed the above document with the Clerk of the

Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III