IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

   v.

DAVITA INC.;
KENT THIRY

        Defendants.

## [PROPOSED] ORDER

Having considered the merits, this Court hereby orders the Motion of the National Association of Criminal Defense Lawyers to File *Amicus Curiae* Brief In Support of Defendants' Joint Motion to Dismiss GRANTED. The Clerk shall file National Association of Criminal Defense Lawyers' *Amicus* Brief in Support of Defendants' Joint Motion to Dismiss.

    SO ORDERED this \_\_\_\_ day of _____ 2021.

_____
Hon. R. Brooke Jackson

1