IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
---

Defendants respectfully move the Court for an enlargement of six pages for their reply in support of their motion to dismiss the Indictment. The United States does not oppose this motion.

In preparing their joint reply, defendants have endeavored to comply with the Court's practice standard that replies not exceed five pages, inclusive of the caption, the signature block, and the certificate of service. Practice Standards, http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RBJ/RBJ_Practice_Standards.pdf?ver=2020-12-08-151330-180. Defendants, however, believe that an additional six pages are needed to ensure that they can adequately—yet concisely—address the government's arguments.

### CONCLUSION

The Court should grant defendants a six-page enlargement for their joint reply, for a total of eleven pages.

| | |
|---|---|
| October 29, 2021 | Respectfully submitted, |
| | |
| CLIFF STRICKLIN | John F. Walsh III |
| KING & SPALDING | JOHN F. WALSH III |
| 1401 Lawrence Street, Suite 1900 | WILMER CUTLER PICKERING HALE & DORR LLP |
| Denver, CO 80202 | 1225 17th Street, Suite 2600 |
| (720) 535-2327 | Denver, CO 80220 |
| cstricklin@kslaw.com | (720) 274-3154 |
| | john.walsh@wilmerhale.com |
| JEFFREY STONE | |
| DANIEL CAMPBELL | SETH P. WAXMAN |
| McDermott Will & Emery LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
| 444 W Lake St. | 1875 Pennsylvania Avenue NW |
| Chicago, IL 60606 | Washington, DC 20006 |
| (312) 984-2064 | (202) 663-6000 |
| jstone@mwe.com | seth.waxman@wilmerhale.com |
| | |
| JUSTIN MURPHY | HEATHER STEINER NYONG'O |
| McDermott Will & Emery LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
| 500 North Capitol Street, NW | One Front Street, Suite 3500 |
| Washington, DC 20001-1531 | San Francisco, CA 94111 |
| (202) 756-8018 | (628) 235-1007 |
| jmurphy@mwe.com | heather.nyong'o@wilmerhale.com |
| | |
| *Counsel for Defendant Kent Thiry* | JOHN C. DODDS |
| | MORGAN LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | (215) 963-4942 |
| | john.dodds@morganlewis.com |
| | |
| | *Counsel for Defendant DaVita Inc.* |

CERTIFICATE OF SERVICE

I certify that on October 29, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III