| | |
|---|---|
| DEFENDANT: | Kent Thiry |
| YOB: | 1956 |
| COMPLAINT FILED? | _____ Yes    __X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   __ No |

OFFENSE(S):

Count 1:  Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

Count 3: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

LOCATION OF OFFENSE: State and District of Colorado and elsewhere

PENALTY:

Count 1:  Term of imprisonment not exceeding 10 years; fine equal to greatest of $1 million or twice the gross gain or twice the gross loss; or both imprisonment and a fine

Term of supervised release not exceeding 3 years

$100 special assessment

Count 2:  Term of imprisonment not exceeding 10 years; fine equal to greatest of 1) $1 million, 2) twice the gain the conspirators derived from the crime, or 3) twice the loss caused to the victims; or both imprisonment and a fine

Term of supervised release not exceeding 3 years

$100 special assessment

Count 3:  Term of imprisonment not exceeding 10 years; fine equal to greatest of 1) $1 million, 2) twice the gain the conspirators derived from the crime, or 3) twice the loss caused to the victims; or both imprisonment and a fine

Term of supervised release not exceeding 3 years

2

$100 special assessment

| AGENT: | Matthew Hamel |
| --- | --- |
| | FBI |

| AUTHORIZED BY: | Anthony W. Mariano |
| --- | --- |
| | Trial Attorney |
| | U.S. Department of Justice, Antitrust Division |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X_  over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.