| | |
|---|---|
| DEFENDANT: | DaVita Inc. |
| AGE/YOB: | N/A |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

| | |
|---|---|
| OFFENSE(S): | Count 1: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| | Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| | Count 3: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| LOCATION OF OFFENSE: | State and District of Colorado and elsewhere |
| PENALTY: | Count 1: Fine equal to greatest of $100 million or twice the gross gain or twice the gross loss |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| | Count 2: Fine equal to greatest of $100 million or twice the gross gain or twice the gross loss |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| | Count 3: Fine equal to greatest of $100 million or twice the gross gain or twice the gross loss |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| AGENT: | Matthew Hamel<br>FBI |

2

<u>AUTHORIZED BY:</u>   Anthony W. Mariano
Trial Attorney
U.S. Department of Justice, Antitrust Division

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less; _X_ over five days

<u>THE GOVERNMENT</u>

__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.