## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

## DEFENDANT KENT THIRY'S NOTICE OF WAIVER OF RE-ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY

---

Comes now before this Court the Defendant, Kent Thiry, by and through undersigned counsel, with this Notice of Waiver of Re-Arraignment Hearing and Entry of Plea of Not Guilty to all counts in the Three-Count Superseding Indictment, Number 1:21-cr-00229, Dkt. 74.

Rule 10(b) of the Federal Rules of Criminal Procedure provides that "[a] defendant need not be present for the arraignment if:

(1) the defendant has been charged by indictment or misdemeanor information;

(2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

(3) the court accepts the waiver."

Fed. R. Crim. P. 10(b).

On November 8, 2021, undersigned counsel (a) presented Defendant Kent Thiry with a copy of the Superseding Indictment, Criminal No. 1:21-cr-00229, Dkt. 74; (b) discussed all

- 2 -

charges and counts in the Superseding Indictment; (c) confirmed that Defendant Kent Thiry understands the charges, counts, and maximum penalties under law; (d) explained the purpose of arraignment and the right to be present for the arraignment; and (e) affirmed that Defendant Kent Thiry elects to waive the right to be present at arraignment and elects to enter a plea of "not guilty" to all charges and counts in the indictment.

As evidenced by the signatures below, Defendant Kent Thiry hereby (a) AFFIRMS that he has received a copy of the Superseding Indictment, Criminal No. 1:21-cr-00229, Dkt. 74; (b) WAIVES the right to be present at arraignment; and (c) ENTERS a plea of "not guilty" to all charges and counts in the Superseding Indictment.

Respectfully submitted this 8th day of November, 2021.


 *s/ Kent Thiry*                                              *s/ Cliff Stricklin*
KENT THIRY                                              Cliff Stricklin
Defendant                                                  **King & Spalding LLP**
                                                                 1401 Lawrence Street, Suite 1900
                                                                 Denver, CO 80202
                                                                 Telephone: (720) 535-2327
                                                                 Facsimile: (720) 535-2400
                                                                 E-mail: cstricklin@kslaw.com

                                                                 *Attorney for Kent Thiry*

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2021, I filed this document with the Clerk of the Court for

the United States District Court for the District of Colorado using the CM/ECF system, which will

serve this document on all counsel of record.

*s/ Cliff Stricklin*

Cliff Stricklin