**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

**ORDER ACCEPTING DEFENDANTS' WAIVERS OF RE-ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**

---

This matter comes before the Court on defendants Davita Inc. and Kent Thiry's notices of waiver of re-arraignment and entry of plea of not guilty. Having reviewed the waivers, the Court finds that the requirements of Federal Rule of Criminal Procedure 10(b) have been satisfied. Defendants' waivers are therefore accepted. Their waivers and not guilty pleas are entered upon the minutes of the Court for all purposes of arraignment in this cause. The re-arraignment scheduled for November 17, 2021 is cancelled.

Dated this ___ day of November, 2021.

                                          BY THE COURT:

                                          _____
                                          S. KATO CREWS
                                          United States Magistrate Judge