**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

  1. DAVITA INC.,

  2. KENT THIRY,

        Defendants.

---

**STIPULATION REGARDING
MOTION TO DISMISS BRIEFING AND ORAL ARGUMENT**

---

WHEREAS, a grand jury returned an indictment filed in this Court on July 14, 2021 charging Defendants DaVita Inc. and Kent Thiry ("Defendants") with two counts in violation of Section 1 of the Sherman Act ("Indictment"; *see* Dkt. 1);

WHEREAS, Defendants filed a motion to dismiss the Indictment on September 14, 2021 ("Motion to Dismiss"; *see* Dkt. 49), the United States filed an opposition thereto on October 19, 2021 ("Opposition"; *see* Dkt. 67), and Defendants filed a reply in support thereof on November 2, 2021 ("Reply"; *see* Dkt. 72) (collectively, "Motion to Dismiss Briefing");

WHEREAS, a grand jury returned a superseding indictment filed in this Court on November 3, 2021 charging Defendants with one additional count in violation of Section 1 of the Sherman Act ("Superseding Indictment"; *see* Dkt. 74);

WHEREAS, Defendants intend to file a renewed motion to dismiss all three counts of the Superseding Indictment ("Renewed Motion to Dismiss").

NOW, THEREFORE, the parties, by and through their undersigned counsel, and subject to approval of the Court, hereby stipulate and agree that (1) the Motion to Dismiss Briefing shall be applicable to the Renewed Motion to Dismiss; (2) no further briefing is necessary on the Renewed Motion to Dismiss, and the motion is ready for oral argument; and (3) oral argument on the Renewed Motion to Dismiss may be held on November 19, 2021 at 9:00 a.m. in accordance with the case schedule previously ordered by the Court (*see* Dkt. 39).

Respectfully submitted this 10th day of November, 2021.

| | |
|---|---|
| */s/ William Vigen* | *s/ John F. Walsh III* |
| Megan S. Lewis | John F. Walsh III |
| William J. Vigen | Seth P. Waxman |
| Anthony W. Mariano | Heather S. Nyong'o |
| Trial Attorneys | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| U.S. Department of Justice, Antitrust Division | 1225 17th Street, Suite 2600 |
| Washington Criminal II Section | Denver, CO 80202 |
| 450 Fifth Street, N.W. | Telephone: (720) 274-3135 |
| Washington, D.C. 20530 | Facsimile: (720) 274-3133 |
| Tel: (202)598-8145 / (202) 353-2411 / (202) 598-2737 | E-mail: john.walsh@wilmerhale.com |
| | E-mail: seth.waxman@wilmerhale.com |
| FAX: 202-514-9082 | E-mail: heather.nyong'o@wilmerhale.com |
| E-mail: megan.lewis@usdoj.gov | |
| E-mail: william.vigen@usdoj.gov | *s/ John Dodds* |
| E-mail: anthony.mariano@usdoj.gov | John Dodds |
| | Clay Everett |
| *Attorneys for Plaintiff United States* | **Morgan Lewis & Bockius LLP** |
| | 1701 Market St. |
| | Philadelphia, PA 19103-2921 |
| | Telephone: (215) 963-4942 |
| | Facsimile: (215) 963-5001 |
| | E-mail: john.dodds@morganlewis.com |
| | Email: clay.everett@morganlewis.com |
| | |
| | *Attorneys for Defendant DaVita Inc.* |

*/s/ Cliff Stricklin*
Cliff Stricklin
**King & Spalding LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2327
E-mail: cstricklin@kslaw.com

*s/ Jeffrey Stone*
Jeffrey Stone
Daniel Campbell
Justin Murphy
**McDermott Will & Emery LLP**
444 W Lake St.
Chicago, IL 60606
Telephone: 312-984-2064
Facsimile: (312) 984-7700
Email: jstone@mwe.com
Email: dcampbell@mwe.com

*Attorneys for Defendant Kent Thiry*

CERTIFICATE OF SERVICE

I certify that on November 10, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III

3