**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

**NOTICE OF DEFENDANTS' JOINT SUBMISSION OF TRANSCRIPT
FROM *UNITED STATES V. HEE***

---

As discussed during today's oral argument on defendants' motion to dismiss, attached as Exhibit A is the transcript from the November 2, 2021, oral argument on defendants' motion to dismiss in *United States v. Ryan Hee and VDA OC, LLC*, 2:21-cr-00098-RFB-BNW (D. Nev.).

November 19, 2021

SETH P. WAXMAN
DAVID M. LEHN
WILMER CUTLER PICKERING HALE &
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com
david.lehn@wilmerhale.com

Respectfully submitted,

John F. Walsh III
JOHN F. WALSH III
WILMER CUTLER PICKERING HALE & DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

                                                                                               2

DANIEL CRUMP
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 9007
(213) 443-5300
daniel.crump@wilmerhale.com

*Counsel for Defendant DaVita Inc.*

CERTIFICATE OF SERVICE

I certify that on November 19, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

                                                     /s/ John F. Walsh III
                                                       John F. Walsh III