IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

       Defendants.

## UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT

The United States respectfully moves the Court for an enlargement of five pages to file omnibus motions *in limine*, which will include, in a single filing, six different motions *in limine*. The United States will file one additional motion *in limine* separately. Defendants do not oppose this motion for enlargement.

Pursuant to the Court's scheduling order, motions *in limine*—other than motions *in limine* related to Jencks Act materials or witness and exhibit lists—are due on December 17, 2021. (ECF No. 39 at 2.) The United States has endeavored "very diligently" to limit its omnibus filing to fifteen pages to comply with the Court's practice standard that motions "not exceed 15 pages," inclusive of the caption, the signature block, and the certificate of service. Practice Standards, http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RBJ/RBJ_Practice_-Standards.pdf?ver=2020-12-08-151330-180. However, the United States believes that it cannot sufficiently set out the justifications for six motions *in limine* without an enlargement of five pages, totaling twenty pages. The alternative of filing each of these six motions *in limine*

separately would be inefficient, where only a small enlargement will allow the United States to make an omnibus filing addressing these six motions *in limine* together.

## CONCLUSION

The Court should grant the United States a five-page enlargement for its omnibus motions *in limine*.

DATED: December 15, 2021         Respectfully submitted,

*/s/ Anthony W. Mariano*
Anthony W. Mariano, Trial Attorney
Megan S. Lewis, Assistant Chief
Sara M. Clingan, Trial Attorney
William J. Vigen, Trial Attorney
Terence A. Parker, Trial Attorney
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-2737 / 202-598-8145 / 202-480-1951 / 202-353-2411 / 202-705-6156
FAX: 202-514-9082
E-mail: anthony.mariano@usdoj.gov / megan.lewis@usdoj.gov / sara.clingan2@usdoj.gov / william.vigen@usdoj.gov / terence.parker2@usdoj.gov

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.1(a), the United States has conferred with counsel for DaVita and Thiry regarding this motion for enlargement on December 14, 2021, and DaVita and Thiry confirmed that they do not oppose this motion.

## CERTIFICATE OF SERVICE

On December 15, 2021, I filed this document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record.

*/s/ Anthony W. Mariano*
Anthony W. Mariano, Trial Attorney