IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

              Plaintiff,

v.

    1. DAVITA INC.,
    2. KENT THIRY,

Defendants.

_____

**ORDER MODIFYING CASE SCHEDULE**
_____

      Having reviewed the parties' joint motion for a case schedule modification [Dkt #133], the Court Orders that the following schedule shall govern the proceedings in this case:

| Event | Date |
|---|---|
| Parties shall exchange proposed jury instructions. | 2/07/2022 |
| Parties shall meet and confer in good faith to stipulate to as many proposed jury instructions as possible. | 2/08/2022-02/21/2022 |
| Parties shall file a single set of the jury instructions with the court, identifying disputed instructions and those to which the parties stipulate.<br><br>For disputed instructions, the parties shall file both versions of the proposed instruction (the Division's version and defendants' joint version) and supporting citations thereof.<br><br>The parties may also file separate memoranda in support of their proposed, disputed jury instruction. | 02/22/2022 |
| Parties may file memoranda in response to opposing counsel's arguments filed on 02/22/2022. | 03/01/2022 |

1

It is further ORDERED that the *voir dire* deadline set forth in the original case schedule, ECF No. 39, is suspended until further notice.

It is further ORDERED that the deadline to submit responses to supplemental motions in limine set forth in the original case schedule, ECF No. 39, is suspended, and that the parties shall file their responses to supplemental motions in limine by February 22, 2022.

DATED this 4th day of February, 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge