IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Davita Inc.,
2. Kent Thiry,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Kent Thiry

    DATED at Dallas, Texas this 1st day of March, 2022.

|   |   |
|---|---|
|   | Scott C. Thomas |
|   | Name of Attorney |
|   | Winston & Strawn, LLP |
|   | Firm Name |
|   | 2121 N. Pearl St., Suite 900 |
|   | Office Address |
|   | Dallas, TX 75201 |
|   | City, State, ZIP Code |
|   | 214-453-6500 |
|   | Telephone Number |
|   | scthomas@winston.com |
|   | Primary CM/ECF E-mail Address |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/   Scott C. Thomas*