IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: April 5, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Terri Lindblom |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY TWO**

Court in Session:  9:00 a.m.

Appearance of counsel. Also present at counsel table is F.B.I. Special Agent Matthew Hamel.

Defendant Kent Thiry present on bond.  Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

Argument given on additional preliminary jury instruction based on opening statements.

**9:11 a.m.      Court in recess.**
**9:20 a.m.      Court in session – jury escorted in.**

Government's witness, Dennis Kogod, called and sworn.

9:22 a.m.        Direct examination of Mr. Kogod by Ms. Clingan.
                 **Exhibits 32, 42, 164, 174, 202, 212, 257, 280, 284, 313, 314, 315, 333, 595 and
                 596 are admitted.**

**10:53 a.m.     Court in recess – jury escorted out.**
**11:08 a.m.     Court in session – jury escorted in.**

11:10 a.m.       Continued direct examination of Mr. Kogod by Ms. Clingan.
                 **Exhibits 152, 217, 255, 279, 312 and 336 are admitted.**

11:30 a.m.       Cross examination of Mr. Kogod by Ms. Brooks.
                 **Exhibits B534, B535 and B537 are admitted**

**12:03 p.m.     Court in recess – jury escorted out.**
**1:06 p.m.      Court in session – jury escorted in.**

1:15 p.m.        Continued cross examination of Mr. Kogod by Ms. Brooks.
                 **Exhibits 151, A022, A023, A775, A779 and B477 are admitted.**

2:13 p.m.        Redirect examination of Ms. Kogod by Ms. Clingan.
                 **Exhibit 321 is admitted.**

**2:24 p.m.      Court in recess – jury escorted out.**
**2:41 p.m.      Court in session - jury escorted in.**

Government's witness, Dr. Bridget Fanning, called and sworn.

2:43 p.m.        Direct examination of Dr. Fanning by Ms. Lewis.
                 **Exhibits 47-1, 48-1, 49, 51, 52, 53-1, 60-1, 65, 67-3, 70-1, 81, 82-1, 83, 98, 100,
                 101, 102, 104, 105, 106, 107, 108, 109, 278, 344 and 345 are admitted.**

4:23 p.m.        Cross examination of Dr. Fanning by Mr. Melsheimer.

Jury excused, to return tomorrow at 9:00 a.m.

Discussion held on agreements and definition of the market.

Court in Recess: 4:49 p.m.              Trial continued.              Total time in Court:  06:05