


**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Bridie

Question:
~~Was Lifetime~~
Was Lifetime part of Davita? And therefore part of "the agreement"?

What other companies fell into this category and agreement?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 2

**ACTION BY THE COURT:**

no objections

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Bridie

Question:

~~Did any other~~

~~Did USRI~~

Did any other companies with an "off limits" or "no poach" agreement also have a "tell your boss first" part of the agreement. Or was the "tell your boss" part unique to DaVita? Was this

***If additional space is needed, please use the back of this form.***

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

******************************Juror: Please do not mark below this line*****************************

**Question No.** 3

**ACTION BY THE COURT:**

no objections

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

common or uncommon in ~~the~~ your industry?




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Bridie

Question:
Did Andrew have a non-solicit written agreement with DaVita?
If so, Was it time-bound? For what period?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

******************************Juror: Please do not mark below this line****************************

**Question No.** 4

**ACTION BY THE COURT:**

☑ **Permitted**
☐ **Denied**
☐ **Rephrased**

no objection




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Bridie Fanning

Question: 1. In her experience, has she seen that if a company has a legal no-poach business deal with other companies, do they need to inform employees of the deal or deals upon hiring or at some point so that an employee knows?
2. Also, are legal no-poach business deals typically documented in a formal written, signed agreement?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line*************************

**Question No.** 5

**ACTION BY THE COURT:**

no objections

☑ **Permitted**
☐ **Denied**
☐ **Rephrased**




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Bridget Fanning

Question: Bridget mentioned that no poach agreements are "not uncommon!" How did the Davita / SCA agreement differ from other more common ~~ag~~ no poach agreements? Is the only difference the requirement to "tell your boss"?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

****************************Juror: Please do not mark below this line**************************

**Question No.** 6

**ACTION BY THE COURT:**

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

no objections




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Dr. Bridget Fanning

① We heard that...

Question: You did not like the SCA / Davita agreement. Did you ever research or bring up with legal or Hayek questioning if it was legal?

② I am confused. Are Davita execs always off limits to hire?, or is it ok to hire if Davita boss is aware? Also, if Davita person initiates is he or she still off limits? It seems we heard it multiple ways.

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

****************************Juror: Please do not mark below this line**************************

**Question No.** 7

**ACTION BY THE COURT:**

☑ **Permitted** Question 2
☑ **Denied** Question 1
☐ **Rephrased**




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______________________

Question: why did the Govt give you A no ~~prosecution~~ prosecution Agreement?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*******************************Juror: Please do not mark below this line****************************

**Question No.** 8

**ACTION BY THE COURT:**

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

no objection




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______

Question:

Please describe Vanguard's connection to SCA and/or ~~D~~ DaVita.

Is a Senior Director role at ~~[illegible]~~ a level under scrutiny of the gentlemen's agreement?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 9

**ACTION BY THE COURT:**

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

no objections




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Michael Rucker

Question: When you told Javier Rodriguez and Kent Thiry you were leaving for SCA, and they said it was unfortunate that you would be caught up in litigation, did you feel like this was to threaten/intimidate you?

~~What litigation were they talking about if the gentlemans agreement wasn't yet in place?~~

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

Turn over →

********************************Juror: Please do not mark below this line******************************

**Question No.** 10

**ACTION BY THE COURT:**

☑ **Permitted**
☐ **Denied**
☐ **Rephrased**

no objections

In your experience, can people be retained by their employer via raises/promotions ~~even~~ if they already have a competitor offer and did not proactively tell their boss? Did this happen at DaVita? often?