

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Andrew Hayek

Question: Why did SCA have the same type of unusual no poach agreement with USPI as it did Davita?

Did you + KT ever write down this "gentlemons agreement" to be a legal agreement? If not, why not?

In the email exchanges with KT about this agreement, were you trying to intentionally use vague terminology? Almost like speaking in code?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 11

ACTION BY THE COURT:
☑ Permitted (#1 over govt's obj.)
☐ Denied
☑ Rephrased 2d Question

Did you have a no-hire or no-poach agreement with Optum?

Is it common to have a no-hire or no-poach from any ~~potential~~ company that may potentially acquire your company?

What is the litmus test or defining factor when you and CEOs decide if a company should be no hire? No poach? (same question)



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ANDREW HAYEK

Question: DID THE AGREEMENT AFFECT THE HIRING OF JUNIOR EXECUTIVES OR EXECUTIVES BELOW DIRECTOR BETWEEN JCA AND DAVITA THAT YOU ARE AWARE OF? IF YES, WERE THERE MANY CASES OF THIS?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 12

**ACTION BY THE COURT:**     ☑ Permitted
                            ☐ Denied
no objections               ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: _____

Question: 1. Did your SCA's agreement with USPI include a "tell your boss" requirement?

2. Who wanted the "tell your boss" requirement in place between SAC + Davita - you, Mr. Thiry, or both?

3. Who wanted the "tell your boss" requirement in place for the SCA + USPI agreement?

4. Did SCA publicly post job ads for executive director positions?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back ⟶

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 13

ACTION BY THE COURT:     ☐ Permitted
                        ☐ Denied
                        ☐ Rephrased

5. ~~to~~ Did you record your agreement with Mr. Thiry related to "no-poaching" and "tell your boss" in a signed, formal document? If not, why?

6. Did your no-solicit lasting 2 years with Davita, specify a specific division or employees? Did anyone you ~~hired~~ solicited ~~there~~ at SCA fall under those specifications?

7. Was ~~the~~ the "tell your boss" requirement in ~~the~~ SCA + Davita and SCA + USPI agreements to ensure that employees were serious about leaving? In your experience, ~~do~~ executive directors respond to solicitations or reach out to prospective employers if they are not serious about changing jobs?

8. Did SCA and other companies ~~that they~~ did business ~~together~~ with have written, formal no-solicit agreements? ~~Are~~ those put in place before NDAs are signed?

9. If Bridie Fanning had expressed concern over agreements you had with ~~other~~ partners/companies, would you have considered her thoughts and ~~been~~ open to changing agreements or policies?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: In your view, was the agreement to tell your boss essentially the same as getting permission, or do you see it differently?

If not permission, how would you describe it? Giving approval? A required step in the process? or something else?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 14

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
   no objections       ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: __Andrew Hayek__

Question:
You mention "other ways" to recruit, even with the agreement in place. Can you explain those "other ways"?

This had to involve ~~telling~~ the employee telling their boss, correct?

~~Were~~ ~~there~~ Were there any other ways to open the door?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 15

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
no objections          ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: __Andrew Hayak__

Question:
Before the agreement, many exec positions had been filled. How many do you estimate were open when the agreement started in 2012?

How many exec positions do you estimate were filled during Bridges tenure? She indicated that was one of her focus areas.

~~How much impact do you~~

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*****************************Juror: Please do not mark below this line**************************

Question No. 16

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
     no objections    ☐ Rephrased





**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Andrew Hayak

Question: You spoke about how the "tell your boss" rule serves to validate the intent of the employee.

With three parties involved —
1) the current employer
2) the potential employer
and 3) the current employee,
how would you say that each are impacted — either positively or negatively, from this validation of intent

*If additional space is needed, please use the back of this form.* ➔

N

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 17

ACTION BY THE COURT:  ☑ Permitted
                     ☐ Denied
   No objections    ☐ Rephrased

It is easy to see the positive impact for both the current and potential employers. But do you see any positive impact for the current employee?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____
Referring to the bullet points
you proposed to Mr Thiry,
were you forced or induced
to make the offer?

Or was it at your discretion?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 18

ACTION BY THE COURT:  ☑ Permitted
                      ☐ Denied
no objections         ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Anthony Gabriel

Question: 1. In the rad partners + Davita agreement, what was the purpose of the "tell your boss" requirement? 2. What was the purpose of the requirement that Davita employees needed to be looking at other companies (other than rad partners?)? To ensure something to Davita or rad partners, like the serious intent of the employee?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back →

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 19

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
   no objection        ☐ Rephrased

3. How did you expect to enforce that all DaVita employees engaging in rad partner job opportunities followed the guidelines and did it include telling anyone who was involved in any hiring at rad partners ~~learning~~ about the agreement?

4. In one of the Nov 5, 2013 emails about guidelines Rich said "fair way to treat each other". Does each other ~~and other references to~~ include the employees of the companies? (To the best of your knowledge, based on working closely with Rich)



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Dr. Anthony Gabriel

Question: We have heard that it is technically possible for someone to move to RP from DvA even respecting the ground rules. In your opinion, do the ground rules put any groups of people or types of personalities at a disadvantage to successfully having that opportunity? Eg. Introverts, minorities, women? I.e. Are confident white men

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*
able to have more opportunities with this arrangement?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 20

ACTION BY THE COURT:
☑ Permitted
☑ Denied — bracket part
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Dr Anthony Gabriel

Question: If Part 2A (first half) said that if employers are actively looking then "full steam ahead," then why was it so hard involved to hire Cameron?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 21

ACTION BY THE COURT:         ☐ Permitted
                             ☐ Denied
no objections                ☐ Rephrased