IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

---

### UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF JAMES THURMAN

---

In response to Defendants' Motion to Exclude the Testimony of James "Skip" Thurman, the United States states as follows:

1. The United States noticed Mr. Thurman as a witness in this case, consistent with the Court's deadlines, on March 25, 2022. ECF No. 215.

2. As the United States has repeatedly informed counsel for Defendants, the United States does not intend to elicit any testimony concerning unnoticed 404(b) material. *See, e.g.*, ECF No. 244-1 at 4 (Email from Sara Clingan to John Walsh) ("For the avoidance of doubt, we don't intend to elicit any testimony from Mr. Thurman concerning un-noticed 404(b). Hope that resolves any concerns; otherwise happy to confer.")

3. Although the United States noticed Mr. Thurman for one hour of testimony, the United States anticipates that the direct examination of Mr. Thurman will take approximately 20 minutes. The United States does not anticipate any testimony that will approach the prejudicial line under Rule 403.

4. The United States anticipates that Mr. Thurman will testify concerning the following topics. Excerpts of the transcript of Defendants' cross-examination on Friday, April 8, 2022, which opened the door concerning each of these topics, are attached as Exhibit A.

   a. Mr. Thurman and his colleagues were not compensated competitively as DaVita employees.

   b. Defendants' did not view it positively when employees left DaVita, and sought to hinder employees' ability to leave.

   c. Mr. Thurman did not observe that Defendants' lived by their stated values concerning corporate citizenship and integrity. Mr. Thurman's direct testimony on this topic will be limited to DaVita's recruitment and retention practices.

   d. Defendants' did not meaningfully prioritize diversity.

Dated: April 10, 2022                Respectfully submitted,


                                     /s/ Sara M. Clingan
                                     Sara M. Clingan, Trial Attorney
                                     Megan S. Lewis, Assistant Chief
                                     Anthony W. Mariano, Trial Attorney
                                     William J. Vigen, Trial Attorney
                                     Terence A. Parker, Trial Attorney
                                     U.S. Department of Justice, Antitrust Division
                                     Washington Criminal I Section
                                     450 Fifth Street, N.W.
                                     Washington, D.C. 20530
                                     Tel: 202-480-1951
                                     FAX: 202-514-9082
                                     E-mail: sara.clingan2@usdoj.gov

CERTIFICATE OF SERVICE

On April 10, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

*/s/ Sara M. Clingan*
Sara M. Clingan
Trial Attorney

3