

**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____
Do you have an
Immunity or no
Prosecute Agreement?

| **Juror Questioning Procedure** |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

****************************Juror: Please do not mark below this line**************************

Question No. 41

**ACTION BY THE COURT:**    ☑ Permitted
                            ☐ Denied
no objection              ☐ Rephrased

UNITED STATES COURTS DISTRICT OF COLORADO

**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Elliot

Question: 1. Why was it preferred that Davita employees who left were solicited vs. seeking out another job on their own?

~~2. Did Keegan or rad. partners follow up when you said withdrew from the rad. partners opportunity?~~

2. How would you describe the Davita culture?

3. What do you think the reaction would have been from your supervisor if you had told them about rad. partners before having an offer?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

******************************Juror: Please do not mark below this line******************************

**Question No.** 42

**ACTION BY THE COURT:**

no objections

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

More on back →

3. ~~Do you~~ During your career, when you have been serious about exploring new job opportunities, what steps have you taken?

4. What are all the different ways you learn about jobs at other companies?

5. Do you consider further education and a job at a different company the same ~~in~~ in terms of career advancement?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Dr. Pierre Cremieux

Question: 1. Do you or anyone at Analysis Group Inc. have a personal relationship with anyone who works or has worked for companies in this trial?

2. When you say the SCA ~~2008 2012~~ hiring period returned to normal in 2012, how did you define normal?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back →

*****************************Juror: Please do not mark below this line**************************

Question No. 43

ACTION BY THE COURT:    ☑ Permitted
                        ☐ Denied
no objections           ☐ Rephrased

3. In the world of labor economics ~~is the topic of~~ are no~~n~~-solicit/no-poaching agreements between companies ~~exciting? and will you be able to publish your analysis as a go from this case~~ and their effect on the market of employees a hot topic?

4. Can you explain in more detail how comparing median values ~~of companies in the trial - Davita vs. typical~~ ② ~~other companies that hired from~~ Davita ~~+ Davita~~ is a statistically robust method? Is this a frequentist framework? Was there a significant $p$-value? Does "meaningful" (competition) = statistically significant?

5. Why didn't you include all outpatient health care companies in your analysis of #1 on the "end of meaningful competition" like you did for #2 on the "Davita turnover rate"? (In #1 you only included companies that had hired from Davi~~ta~~ as a benchmark comparison to SCA, Hazel, RP)

6. How did you control for other factors that may have affected employee movement in the market between

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

ct -
you used the
term
"monopoly"
don't →

For Witness: Dr. Pierre Cremieux

Question: 1. How would you define meaningful competition at the level of an individual employee of a company?

2. ~~Why didn't you include the reason why employees left~~

2. How does the individual employee factor into interpretations of the labor market? experience

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back →

**********************Juror: Please do not mark below this line**********************

Question No. 44

ACTION BY THE COURT:
☐ Permitted
☐ Denied
☑ Rephrased

1. replace #1

11. jt obj.
sustained

3. ~~Have you~~ what peer-reviewed work or articles ~~or~~ did you use to inform and guide your ~~statistical~~ analyses? ~~Did any~~

4. How many people at Analysis Group Inc. worked on this analyses?

5. Is it common for people in your field to use LinkedIn data in peer-reviewed journal article publications?

6. Who selected the data to use for the analyses presented?

7. How can you measure "intent and purpose" using statistical analyses?

8. Why did you use different data sets for the 3 main questions you assessed?

9. How did you select the data sets ~~for~~ the benchmarks?

10. At one point in your work for the defense did you establish that you would be testifying?

11. How many ~~individuals~~ minimum — Objection sustained to #11.
 ~~individuals~~ are required to make