IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

  1. DAVITA INC.,
  2. KENT THIRY,

        Defendants.

---

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH PROTECTIVE ORDER**

---

Defendants, DaVita Inc. ("DaVita") and Kent Thiry ("Thiry") request leave to file a Reply in Support of Motion for Extension of Time to Comply With Protective Order. In support of this request, Defendants state as follows:

1. On May 18, 2022, Defendants Filed a Motion for Extension of Time to Comply with Protective Order. [ECF No. 271].

2. On May 20, 2022, the United States filed an Opposition to Defendants' Motion. [ECF No. 273].

3. The United States' Opposition contains various factual inaccuracies, several of which necessitate a Reply from Defendants. The Reply that Defendants plan to file if the Court grants leave is attached as **Exhibit A**.

| | |
|---|---|
| Dated:  May 21, 2022 | Respectfully submitted, |
| Jeffrey E. Stone<br>Daniel Campbell<br>McDermott Will & Emery LLP<br>444 W Lake St.<br>Chicago, IL 60606<br>(312) 984-2064<br>jstone@mwe.com | /s/ *John F. Walsh III*<br>John F. Walsh III<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com |
| Justin P. Murphy<br>McDermott Will & Emery LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>(202) 756-8018<br>jmurphy@mwe.com | John C. Dodds<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4942<br>john.dodds@morganlewis.com |
| *Counsel for Defendant Kent Thiry* | *Counsel for Defendant DaVita Inc.* |

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

*/s/ John F. Walsh III*
John F. Walsh III